# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER B. ARIZMENDI, AE0789,

Petitioner,

v.

RON DAVIS,

Respondent.

Case No. 17-cv-07348-CRB (PR)

**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS AS SECOND OR SUCCESSIVE PETITION**

(ECF No. 2)

Petitioner, a state prisoner currently incarcerated at San Quentin State Prison, has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a June 22, 2010 conviction from Santa Clara County Superior Court. His first petition was denied on the merits on November 19, 2013. See Arizmendi v. Brazelton, No. 12-cv-04555-CRB (PR) (N.D. Cal. Nov. 19, 2013) (order denying petition).

A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. Accordingly, the petition is DISMISSED without prejudice to refiling if petitioner obtains the necessary order and the clerk is instructed to close the file.

But based solely on petitioner's affidavit of poverty, his application to proceed in forma pauperis (ECF No. 2) under 28 U.S.C. § 1915 is GRANTED.

**IT IS SO ORDERED**.

Dated: January 4, 2018

_____
CHARLES R. BREYER
United States District Judge